

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2015

No. 04-15-00338-CV

Arthur **BUTCHER**,
Appellant

v.

**CITY OF SAN ANTONIO**, Acting by and through its agent City Public Service Board
d/b/a CPS Energy,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05172
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant's motion for extension of time to file amended brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2015.

Keith E. Hottle
Clerk of Court